In the Matter of SYLVIA FINE, as Assignee of OSAKA TEXTILES, INC., Respondent, *v.* HERMAN COHEN et al., Copartners under the Firm Name of HERMAN COHEN & COMPANY, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

*Herman Tocker* for motion.
*Judah Braunstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the confirmation of the award was in effect an affirmance and the appeal cannot be taken as of right. (*Matter of Pine Street Realty Co.* v. *Coutroulas*, 258 N. Y. 609.)